IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHARLES WILLIAM HOOPER,

          Plaintiff,

  v.

DEPUTY MYERS,

          Defendant.

ORDER

12-cv-665-slc

---

CHARLES WILLIAM HOOPER,

          Plaintiff,

  v.

DEPUTY GARY PEDERSON, DEPUTY SAUNBURG,
CAPTAIN CORONADO, DEPUTY GRAVES,
DEPUTY NEIL NEVILLE, DEPUTY FAVE,
DEPUTY TOLE and DEPUTY COOK,

          Defendants.

ORDER

12-cv-666-slc

---

Plaintiff Charles Hooper has submitted two proposed complaints. Plaintiff has asked for leave to proceed *in forma pauperis* and has supported his requests with affidavits of indigency. From the affidavits of indigency accompanying plaintiff's proposed complaints, I cannot determine whether he qualifies for indigent status. Plaintiff indicates that he is unemployed, has no income and does not own any vehicles or property. However, plaintiff has not explained how he pays for basic necessities such as food, clothing and shelter. Before I make a decision on whether plaintiff qualifies for indigent status, he will need to explain how his basic living needs are met in order to proceed *in forma pauperis*. To clear this up, plaintiff may have until October 8, 2012 to submit an amended affidavit of indigency that explains how he pays for food, clothing and shelter. I am enclosing a blank affidavit of indigency form to plaintiff with this order.

ORDER

IT IS ORDERED that a decision whether plaintiff Charles Hooper may proceed *in forma pauperis* in these actions are STAYED. Plaintiff may have until October 8, 2012, in which to amend his affidavit of indigency and return it to the court. If plaintiff fails to provide this requested financial information in a timely fashion, then the court will deny his request for leave to proceed *in forma pauperis* for failure to show that he is indigent.

Entered this 14th day of September, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Charles Hooper,
Full name of plaintiff(s)

Case Nos.   12-cv-665 and 12-cv-666
(Provided by the clerk of court)

v.

Deputy Myers,
Captain Gary Pederson, et al.,
Full name of defendant(s)

**PETITION AND AFFIDAVIT TO PROCEED
WITHOUT PREPAYMENT OF FEES AND/OR COSTS**

I, Charles Hooper, declare that I am the plaintiff or petitioner in the above-named action. In support of my request to proceed in forma pauperis, I declare that I am unable to pay the fees and/or costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion. I answer the following questions truthfully and under penalty of perjury (additional pages may be added, if necessary, to provide complete information):

**I. Personal Information**

1) Are you currently incarcerated?    ☐ Yes    ☐ No

   If "No," go to question 2. Complete all sections.

   If "Yes," answer questions (a), (b) & (c), skip to Section IV. Complete sections IV and V.

   (a) State the place of your incarceration and provide your prisoner identification number:

   _____    _____
   (place)                             (number)

   (b) Are you employed at the institution?    ☐Yes    ☐ No

   (c) Do you receive any payment from the institution? ☐Yes    ☐ No

If you are a prisoner, attach a printout of your prison trust account statement showing transactions for the six-month period immediately preceding the filing of your complaint, motion, or petition and showing the balance of your release account. Prisoners who are permitted to file in forma pauperis must pay the full filing fee in installments.

**Personal Information** - *continued*

2) Are you employed?           ☐ Yes        ☐ No

3) Are you currently married?      ☐ Yes        ☐ No
   If "Yes," is your spouse employed?   ☐ Yes        ☐ No

4) Do you have any legal dependents (children/adults) whom you are responsible for supporting?
   ☐ Yes      ☐ No

   If "Yes," list them below:

| First and Last Initials (For Minor Children Only) or Name | Relationship to You | Age | Amount of Support Provided Per Month |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |

**II. Income** - If you are married, your answers ***must include your spouse's income.***
   *(When calculating income, you must include any salary, child support, public assistance, unemployment compensation, disability payments, life insurance payments, pensions, annuities, workers' compensation, stock dividends and interest, gifts, and inheritance, or other incoming monies.)*

State your total *monthly* income?         $ _____

Provide the name of your employer(s):   _____

State your spouse's total *monthly* income?   $ _____

State the amount of money you have received from any other source in the last twelve months (e.g., rent payments, pension or insurance payments, gifts, inheritance, disability or workers' compensation payments). Please attach an additional sheet if necessary.

| Source of income | Amount |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |

**III. Expenses** - If you are married and/or have dependents, ***your expenses should also include your household's expenses.***

*(When calculating household expenses, you may include groceries, clothing, medical costs, utilities which are not included in your rental payments, transportation, and insurance.)*

1) Identify the following amounts that you pay per month:

☐ Rent or    ☐ Mortgage                               $ _____

Car payment(s)                                         $ _____

Alimony and/or court-ordered child support  $ _____

Credit card payment(s)                               $ _____

2) Do you have any other monthly expenses that you have not already identified?
☐ Yes    ☐ No

If "Yes," list them below:

Expense                                                                                     Amount

_____                    $ _____

_____                    $ _____

_____                    $ _____

3) What is the total amount of your <u>monthly</u> expenses?    $ _____

**IV. Property** - If you are married, your answers must ***include your spouse's property.***

1) Do you own a car?    ☐ Yes    ☐ No    If "Yes," list car(s) below:

Make and Model                                          Year          Approximate Current Value

_____  _____    $ _____

_____  _____    $ _____

2) Do you own your residence(s)?   ☐ Yes   ☐ No

    If "Yes," state the approximate value(s). $ _____

        What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the residence(s)? $ _____

**IV. Property** - *continued*

3) Do you own any other valuable tangible property, including but not limited to, jewelry, artwork, or antiques?   ☐ Yes   ☐ No

If "Yes," identify the property and approximate value(s).

| Property | Approximate Value |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

4) Do you have any cash or checking, savings, or other similar accounts?   ☐ Yes   ☐ No

If "Yes," state the total amount of such sums. $ _____

5) Do you own any intangible property, including but not limited to real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k)?
☐ Yes   ☐ No

If "Yes," state the nature of that property and approximate value(s).

_____

**V. Other Circumstances** - Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

_____

_____

_____

_____

_____

_____

_____    _____
Date                            **Signature - Signed Under Penalty of Perjury**