IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES WILLIAM HOOPER,

    Plaintiff,

v.

DEPUTY MYERS,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-665-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Charles William Hooper leave to proceed and dismissing this case as barred by the doctrine of *res judicata*.

/s/

Peter Oppeneer, Clerk of Court

12/26/2013

Date